UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOBY HOY,

    Plaintiff,

v.

HI Q., INC.,

    Defendant.

Case No. 21-cv-04875-YGR

**CASE MANAGEMENT AND PRETRIAL ORDER**

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 15, 2022 at 2:00 p.m. |
| REFERRED FOR PRIVATE MEDIATION TO BE COMPLETED BY: | January 31, 2022 |
| **REFERRED TO MAGISTRATE JUDGE JACQUELINE CORLEY FOR DISCOVERY** | |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | February 11, 2022 after that date by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | April 1, 2022 |
| DISCLOSURE OF EXPERT REPORTS: ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: April 25, 2022<br>Rebuttal: May 24, 2022 |
| EXPERT DISCOVERY CUTOFF: | June 24, 2022 |
| DISPOSITIVE MOTIONS[1] / DAUBERT MOTIONS TO BE HEARD BY: | September 2, 2022 |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 4, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge