UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOBY HOY, CONSTANCE KENNEDY, et al., <br><br>             Plaintiffs, <br><br>     v. <br><br> HI Q., INC. d/b/a Health IQ [Pro Se], <br><br>             Defendants. | Case No. 21-cv-04875-TLT <br><br> **ORDER TO LOCATE COUNSEL OR APPEAR PRO SE; CONTINUED STAY OF PROCEEDINGS UNTIL RESOLUTION OF United States Bankruptcy Court, District of Delaware, Docket 23- 11361-JTD** <br><br> Re: Dkt. No. 112 |
| HI Q., d/b/a/Health IQ [Pro Se], <br><br>             Third Party Plaintiff <br><br>     v. <br><br> Enfuego Holdings, LLC dba CEGE Media LLC, <br><br>             Third Party Defendant. | **OSC : February 7, 2025, re. joint status statement from Third Party Plaintiff and Defendants**. |

The defendant IS ORDERED TO SEEK counsel to assist him/her/them in this matter and good and just cause appearing,

IT IS HEREBY ORDERED that Plaintiff shall NOTIFY THE COURT OF SELECTED COUNSEL FOR PURPOSES OF SERVICE AND STATUS REPORTS.

1. On December 5, 2024, the Court granted the MOTION to Withdraw as Attorney Paul A. Rosenthal and Kieran T. Ensor as Counsel for Defendant and Third-Party Plaintiff,

1      HI Q., d/b/a Health IQ.  The Court required named counsel to continue to be served

2      until Defendant/Third Party Plaintiff obtained new counsel.  Two months have elapsed

3      and HI Q has not secured new counsel. Attorney Paul A. Rosenthal and Kieran T.

4      Ensor, previous counsel for HI Q., d/b/a Health IQ are fully relieved as counsel.

5   2. The matter is stayed until such time that the pending bankruptcy matter, United States

6      Bankruptcy Court, District of Delaware,  Docket 23- 11361-JTD,  is resolved.

7   3. Defendant HI Q, along with Plaintiff's counsel, to provide the Court with a joint status

8      report every 60 days or a notice and request for the stay to be lifted immediately after

9      resolution of the bankruptcy matter.

10  4. Plaintiffs Constance Kennedy and Toby Hoy have complied and filed a separate status

11     statement on February 3, 2025.  ECF 112.  Plaintiffs are in compliance.

12  5. However, Defendants and Third-Party Plaintiff have not filed any updates.

13  6. The Third-Party Defendant is represented by counsel.

14  7. The Court hereby issues an order to show cause for the Defendants and the Third-

15     Party Plaintiff.  The Defendants and the Third- Party Plaintiff are ordered to provide

16     the Court with an update and status statement no later than February 7, 2025.

17  8. The Third-Party Defendant may file a separate status statement.

18  9. The Notice of Bankruptcy and Request for Automatic Stay filed on August 31, 2023

19     Defendant, Hi Q, Inc, Plano, TX has filed a petition in the Delaware Bankruptcy Court

20     on August 30, 2023, and the automatic stay is still in effect.  The stay was granted on

21     December 18, 2023.

22      The deadline for filing claims in the bankruptcy matter was January 1, 2024.

23     As of January 27, 2025, it is not clear whether the bankruptcy matter is in the final

24     stages.  *See,* Bankruptcy Docket, ECF 96.

25  10. There appears no further reason to maintain the file as an open one for statistical

26     purposes and good cause appearing therefor,

27      IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for

28  administrative purposes and submit a JS-6 form to the Administrative Office on March 6, 2025.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

**IT IS SO ORDERED.**

Dated: February 3, 2025

_____
TRINA L. THOMPSON
United States District Judge

6/24/2024