Adam J. Schwartz, CSB #251831
Email: adam@ajschwartzlaw.com
ADAM J. SCHWARTZ, ATTORNEY AT LAW
9465 Wilshire Boulevard, Suite 300
Beverly Hills, California 90212
Telephone: (323) 455-4016

[Additional Counsel Appear on Signature Page]

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TOBY HOY and CONSTANCE KENNEDY, individually and on behalf all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HI Q., INC. d/b/a HEALTH IQ,<br><br>Defendant. | Case No. 3:21-cv-04875-TLT<br><br>The Honorable Trina L. Thompson<br>Magistrate Judge Lisa J. Cisneros<br><br>**PLAINTIFFS' CASE MANAGEMENT STATEMENT** |

In response to the Court's February 4, 2025 Order (Dkt. 113) and pursuant to Local Civil Rule 16-10(d), Plaintiffs submit the following status report:

1. On August 30, 2023, Defendant Hi Q, Inc. filed a petition under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court, District of Delaware, Case No. 23-11361-JTD.

2. On December 18, 2023, this Court entered an order that this matter is automatically stayed while the bankruptcy is pending and directed the Clerk to administratively close this case. Dkt. 104. The Court also ordered the parties to submit a joint status report every four months apprising the Court about the status of the bankruptcy proceedings. *Id*.

PLAINTIFFS' CASE MANAGEMENT STATEMENT - 1
Case No. 3:21-cv-04875-TLT

3.  On April 17, 2024, Plaintiffs submitted a status report informing the Court that the bankruptcy remains pending.

4.  On July 2, 2024, the Court entered a further order setting a Further Case Management Conference for August 29, 2024 at 2:00 p.m. by videoconference only. Dkt. 106.

5.  On August 22, 2024, Plaintiffs submitted a further status report informing the Court that the bankruptcy remains pending.

6.  On December 5, 2024, Plaintiffs submitted a further status report informing the Court that the bankruptcy remains pending. The Court ordered the parties to submit further status reports within 60 days.

7.  On February 3, 2025, Plaintiffs submitted a further status report informing the Court that the bankruptcy remains pending.

8.  On February 4, 2025, the Court issued an order closing the case for administrative purposes and requiring the clerk to submit a JS-6 form to the Administrative Office on March 6, 2025. The Court further ordered that "nothing contained [in the order] shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered."

9.  Plaintiffs report that there have been no changes in the case status since the court entered its order. The bankruptcy remains pending. To the best of Plaintiffs' knowledge, Defendant remains unrepresented.

//
//
//
//
//
//
//

PLAINTIFFS' CASE MANAGEMENT STATEMENT - 2
Case No. 3:21-cv-04875-TLT

1       RESPECTFULLY SUBMITTED AND DATED this 4th day of April, 2025.

2                                 TERRELL MARSHALL LAW GROUP PLLC

By: */s/ Jennifer Rust Murray*
    Beth E. Terrell, CSB #178181
    Email: bterrell@terrellmarshall.com
    Jennifer Rust Murray, *Admitted Pro Hac Vice*
    Email: jmurray@terrellmarshall.com
    Adrienne D. McEntee, *Admitted Pro Hac Vice*
    Email: amcentee@terrellmarshall.com
    936 North 34th Street, Suite 300
    Seattle, Washington 98103
    Telephone: (206) 816-6603
    Facsimile: (206) 319-5450

    Adam J. Schwartz, CSB #251831
    Email: adam@ajschwartzlaw.com
    ADAM J. SCHWARTZ, ATTORNEY AT LAW
    9465 Wilshire Boulevard, Suite 300
    Beverly Hills, California 90212
    Telephone: (323) 455-4016

    Anthony I. Paronich, *Admitted Pro Hac Vice*
    Email: anthony@paronichlaw.com
    PARONICH LAW, P.C.
    350 Lincoln Street, Suite 2400
    Hingham, MA 02043
    Telephone: (617) 485-0018
    Facsimile: (508) 318-8100

    Andrew Heidarpour, *Admitted Pro Hac Vice*
    Email: aheidarpour@hlfirm.com
    HEIDARPOUR LAW FIRM, PLLC
    1300 Pennsylvania Avenue NW, 190-318
    Washington, DC 20004
    Telephone: (202) 234-2727

*Attorneys for Plaintiffs and the Proposed Class*